UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| vs. ) | Case No. 4:20-cr-184 SEP |
| ) | |
| NAJEE NEAL, ) | |
|     Defendant. ) | |

## MEMORANDUM AND ORDER

Before the Court is Defendant Najee Neal's Motion for Sentence Reduction pursuant to the First Step Act of 2018. Doc. [56]. Counsel was appointed pursuant to the Administrative Order of April 1, 2020, and declined to file a supplemental motion. *See* Doc. [63]. The Government filed no response.

On July 13, 2021, Defendant pled guilty to carjacking, brandishing a firearm in furtherance of a crime of violence, and two counts of being a felon in possession of a firearm. On October 5, 2021, he was sentenced to term of 156 months imprisonment: 72 months on Counts 1, 3, and 4, and 84 months on Count 2, to run consecutive to all other counts. Defendant is incarcerated at FCI Greenville, with a release date of August 25, 2031.[1] Defendant seeks relief pursuant to the First Step Act of 2018 "on the fact my USC 18:2119 theft of a motor vehicle 'carjacking' is now invalid and my 924 (c) are unlawfully stacked." Doc. [56].

Section 403 of the First Step Act affects the stacking of sentences for multiple convictions under 18 U.S.C. § 924(c). *See* First Step Act of 2018, Pub. L. No. 115-391 (2018). Based on Defendant's Presentence Report, Doc. [44], he does not have a previous conviction under Section 924(c), and therefore Section 403 does not apply his case. And the Court is unaware of anything in the First Step Act that might call into question the validity of Defendant's carjacking conviction. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Sentence Reduction pursuant to the First Step Act of 2018, Doc. [56], is **DENIED.**

Dated this 5th day of February, 2025.

*/s/ Sarah E. Pitlyk*
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

---

[1] Release date and location is per the Bureau of Prisons website at the time of the filing of this order.